## AFFIDAVIT OF SERVICE

| Case:<br>7:19-cv-<br>01008-KMK | Court:<br>UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>3049233 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>MICHELE CIANCI | | **Defendant / Respondent:**<br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC. | |
| **Received by:**<br>Dewsnap & Associates, LLC | | **For:**<br>WE SERVE NJ LLC | |
| **To be served upon:**<br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC. C/O CORPORATION SERVICE COMPANY | | | |

I, WILLIAM H. DEWSNAP, III, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Leeann Jensen, Process Specialist , 84 STATE ST, BOSTON, MA 02109

**Manner of Service:**   Registered Agent, Feb 7, 2019, 9:00 am EST

**Documents:**   SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; AND PLAINTIFF'S COLLECTIVE ACTION COMPLAINT

**Additional Comments:**
1) Successful Attempt: Feb 7, 2019, 9:00 am EST at 84 STATE ST, BOSTON, MA 02109 received by Leeann Jensen, Process Specialist . Age: 35; Ethnicity: Middle Eastern; Gender: Female; Weight: 155; Height: 5'6"; Hair: Black; Eyes: Brown;

_____  02/07/2019
WILLIAM H. DEWSNAP, III            Date
**Process Server & Disinterested Person**
Dewsnap & Associates, LLC
92 State Street 8th Floor
Boston, MA 02109
617-367-1070

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
Notary Public

_____
Date            Commission Expires

LYNN C. DEWSNAP
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 01/16/2020