

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

May 2, 2019

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *Cianci v. Bright Horizons Children's Centers LLC*; No. 7:19-cv-01008

Dear Judge Karas:

As the Court is aware, this firm represents Defendant Bright Horizons Children's Centers LLC ("Defendant") in the above referenced matter.  We write on behalf of all parties, pursuant to Your Honor's Individual Rule of Practice I. C., to notify the Court that the parties have agreed to engage a private mediator in an attempt to resolve this matter without further litigation. Accordingly, the parties jointly request that Plaintiff's Pre-Motion Letter for Conditional Certification and Notice Pursuant to 29 U.S.C. § 216(b) (ECF No. 11) and Defendant's Pre-Motion Letter to Dismiss Plaintiff's Amended Collective Action Complaint (ECF No. 23) be stayed, and the pre-motion conference scheduled for May 7, 2019, be adjourned *sine die*. The parties expect to schedule the private mediation sometime in the middle of June.  The parties will promptly update the Court upon the conclusion of the mediation regardless of the outcome. The parties make this request in order to focus their efforts and resources on resolution of this matter.  This is the parties' first request for an adjournment of the pre-motion conference.

We thank the Court for its time and consideration.

Respectfully submitted,

Eli Z. Freedberg

cc:   All counsel of record (via ECF)