

800 3rd Avenue I Suite 2800 I New York, NY 10022
Tel 800-616-4000 I Fax 561-447-8831
www.shavitzlaw.com

July 22, 2019

**Via ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

     Re:    *Cianci, et al. v. Bright Horizons Children's Centers LLC,*
             **No. 7:19-cv-1008 (KMK)**

Dear Judge Karas:

    We represent the Plaintiffs in this matter.  The parties had a mediation session but did not complete their session.  The parties have scheduled another mediation session on September 4, 2019.  The parties request that the stay remain in place to allow settlement discussions to continue.

    We thank the Court for its consideration of this request.

                                           Respectfully submitted,

                                           Michael Palitz

cc:    All Counsel (via ECF)